**AKTIEBOLAGET SEPARATOR, Petitioner-Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 272.

Circuit Court of Appeals, Second Circuit.

June 19, 1942.

Harper & Matthews, of New York City (Benjamin A. Matthews, Joseph B. Miller, and Arthur R. Gaetjens, all of New York City, of counsel), for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen. (Sewall Key and L. W. Post, Sp. Assts. to Atty. Gen., of counsel), for respondent.

Before SWAN, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on authority of Linen Thread Co. v. Commissioner, 2 Cir., May 15, 1942, 128 F.2d 166.

**COMMISSIONER OF INTERNAL REVENUE v. DESMOND'S CO. (Formerly Desmond's).**

**SAME v. DESMOND'S (Formerly Broadtown Investment Co.)**

No. 9848.

Circuit Court of Appeals, Ninth Circuit.

May 14, 1942.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for petitioner.

Thomas R. Dempsey and Wellman P. Thayer, both of Los Angeles, Cal., for respondents.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner and upon the authority of the decision of the Supreme Court of the United States in Helvering v. Credit Alliance Corporation,

62 S.Ct. 989, 86 L.Ed. ——, rendered April 27, 1942, ordered petitions for review herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Mrs. Jessie W. DONAHUE, Respondent.**

No. 278.

Circuit Court of Appeals, Second Circuit.

June 24, 1942.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Michael H. Cardozo, IV, Sp. Assts. to Atty. Gen., for petitioner.

William C. Breed, of New York City (Paul L. Peyton, Albert S. Rockwood, and Herbert H. Foster, Jr., all of New York City, of counsel), for respondent.

Before SWAN, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on the opinion below, 44 B. T. A. 329.